1   MARC D. BLACKMAN, OSB No. 73033
    E-mail: marc@ransomblackman.com
2   KENDRA M. MATTHEWS, OSB No. 96567
    E-mail: kendra@ransomblackman.com
3   RANSOM BLACKMAN LLP
    1400 Congress Center
4   1001 S.W. Fifth Avenue
    Portland, Oregon  97204-1144
5   Telephone:  [503] 228-0487
    Facsimile:  [503] 227-5984
6

7       Of Attorneys for Defendant Jonathan Christopher Mark Paul

8

9                     UNITED STATES DISTRICT COURT

10                         DISTRICT OF OREGON

11  UNITED STATES OF AMERICA,       )   NO. CR 06-60125-AA
                                    )   NO. CR 06-60011-AA
12           Plaintiff,             )
                                    )   UNOPPOSED MOTION
13      v.                          )   TO MODIFY CONDITIONS
                                    )   OF PRETRIAL RELEASE
14  JONATHAN CHRISTOPHER MARK PAUL, )   [DELETE "NO CONTACT"
                                    )   CONDITION]
15           Defendant.             )

16      Pursuant to 18 U.S.C. §3142(c)(3), defendant Jonathan Christopher Mark Paul,

17  by and through his attorneys Ransom Blackman LLP and Marc D. Blackman, moves the

18  Court to Modify his Pretrial Release Order by deleting the condition that he have no

19  contact with the persons listed on the schedule provided to the defendant on or about

20  January 30, 2006.

21      On November 20, 2006, Marc D. Blackman conferred by e-mail about this

22  motion with the defendant's Pretrial Services Supervising Officer Nichole Houchins and

23  Assistant United States Attorney Kirk Engdall. Both authorized him to advise the Court

Page  1 -   UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL
            RELEASE [DELETE "NO CONTACT" CONDITION]

1 that they do not object to the Court deleting this condition from the defendant's Pretrial
2 Release Order.
3    A proposed Order Modifying defendant's Pretrial Release Order in this respect is
4 being filed contemporaneously with this Motion.
5    DATED this 21st day of November, 2006.

6                                          Respectfully submitted,

7                                          RANSOM BLACKMAN LLP

8

9    *Kendra M. Matthews*
     _____
     MARC D. BLACKMAN, OSB #73033
10   KENDRA M. MATTHEWS, OSB #96567
     [503] 228-0487
11   Of Attorneys for Defendant Paul

12

13

14

15

16

17

18

19

20

21

22

23

Page  2 -   UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL
            RELEASE [DELETE "NO CONTACT" CONDITION]

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE [DELETE "NO CONTACT" CONDITION] on the following by e-mail to the e-mail addresses set forth below and by causing a full and correct copy thereof, contained within a sealed envelope, addressed as below stated, with first class postage thereon prepaid, deposited in the United States mail at Portland, Oregon, on the 21st day of November, 2006.

| | |
|---|---|
| Mr. John C. Ray, Esq. | john.ray@usdoj.gov |
| Mr. Kirk A. Engdall, Esq. | kirk.engdall@usdoj.gov |
| Assistant United States Attorneys | |
| United States Attorney's Office | |
| 701 High Street | |
| Eugene, OR 97401 | |
| | |
| Mr. Stephen F. Peifer, Esq. | steve.peifer@usdoj.gov |
| Assistant United States Attorney | |
| United States Attorney's Office | |
| 1000 S.W. Third Avenue | |
| Portland, OR 97204-2902 | |
| | |
| Ms. Nichole Houchins | Nichole_Houchins@ord.uscourts.gov |
| United States Pretrial Services Office | |
| 310 West Sixth, Room 106 | |
| Medford, OR 97501 | |

RANSOM BLACKMAN LLP

_Kendra M. Matthews_
KENDRA M. MATTHEWS, OSB #96567
[503] 228-0487
Of Attorneys for Defendant Paul

Page    CERTIFICATE OF SERVICE